# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Clarence Branch
125 franklin circle
Fayetteville, Georgia 30214

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

United States of America
Attorney General of the United states
District of Columbia

**14 CV 7997**

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
OCT - 2 2014
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name _Clarence Branch_
Street Address _125 Franklin Farams Circle_
County, City _Fayetteville, GA 30214_
State & Zip Code
Telephone Number _CBranch ymail.com_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _____
Street Address _____

*Rev. 05/2010*

|                 |                  |
|-----------------|------------------|
|                 | County, City _____ |
|                 | State & Zip Code _____ |
|                 | Telephone Number _____ |

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions          ☒ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Nolle Prosecqui _____

_____

_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship  District of Columbia, Georgia
   Defendant(s) state(s) of citizenship District of Columbia

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? District of Columbia

B. What date and approximate time did the events giving rise to your claim(s) occur?
Citation release 7/22/2012

C. Facts: NOLLE PROSECQUI     Malicious prosecution

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.
Treble and Offset.

*Rev. 05/2010*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. TM.     TiMe MANaSeMeNT.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2 day of October, 2014

Signature of Plaintiff _____

Mailing Address    125 FRANKliN FARMS CIRcle
Fayetteville, GA 30214

Telephone Number _____

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 2 day of October, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    344179

*Rev. 05/2010*

  

# Superior Court of the District of Columbia
## Criminal Division
500 Indiana Ave., NW
Washington, D.C. 20001

September 15, 2014

| | |
|---|---|
| Defendant's Name: **CLARENCE A BRANCH** | Case Number: **2012 CMD 013464** |
| PDID #: **663926** | DOB: **06/30/1963** |
| Date of Offense: 07/22/2012 | |

| **Charge(s)** | **Disposition** | **Disposition Date** |
|---|---|---|
| Simple Assault | Nolle Prosequi | 09/09/2014 |

Under the seal of this Court, the foregoing is a true copy of the disposition of the above listed case in the Superior Court of the District of Columbia.

_____
Deputy Clerk, Michael Braham

### Acquitted
The legal and formal certification of the innocence of a person who has been charge with a crime. A finding of not guilty.

### Dismissed for Want of Prosecution
An order or judgment disposing of the charges without a trial. An involuntary dismissal accomplished on the Court's own motion for lack of prosecution or on motion from the defendant for lack of prosecution or failure to introduce evidence of facts on which relief may be granted. The dismissal is without prejudice which allows the prosecutor the right to re-bring the charges at a later date.

### Dismissal
The United States Attorney's Office of the District of Columbia or the Office of the Attorney General for the District of Columbia filed a Dismissal for the incident that lead to your arrest. This means that the arrest charge has been dismissed without prejudice.

### Found Guilty – Plea
Formal admission in court as to guilt of having committed criminal act charged which a defendant may make if he or she does so intelligently and voluntarily. It is equivalent to and is binding as a conviction after trial and it has the same effect as a verdict of guilty and authorizes imposition of punishment prescribed by law.

### Non Jury Trial Guilty
Trial held before a Judge sitting without a jury. Pronouncement by a Judge adjudging the defendant guilty of the offense charged.

**Jury Trial Not Guilty**
Formal pronouncement by a jury that they adjudge the defendant not guilty of the offense charged.

**Jury Trial Guilty**
Formal pronouncement by a jury that they adjudge the defendant guilty of the offense charged.

**Non Jury Trial Not Guilty**
Trial held before a Judge sitting without a jury. Pronouncement by a Judge adjudging the defendant not guilty of the offense charged.

**No Papered**
The United States Attorney's Office of the District of Columbia or the Office of the Attorney General for the District of Columbia has declined to proceed with prosecution against you for the incident that leads to your arrest. This means that your arrest has been NO PAPERED, however the prosecuting attorney can proceed with prosecution at a later date.

There is no PUBLIC record of your arrest in the Court's database however; you now have an arrest record. An arrest record is a record in the law enforcement database that contains your name, date of your arrest, the charges for which you were arrested, and other personal information such as your date of birth. An arrest record is not a conviction however, if you apply for a job the arrest information may be disclosed to potential employees.

**Nolle Diversion**
The United States Attorney's Office of the District of Columbia or the Office of the Attorney General for the District of Columbia has agreed to nolle prosequi this case because the defendant has complied with the conditions of his/her release as ordered by the Court.

**Nolle Prosequi**
The United States Attorney's Office of the District of Columbia or the Office of the Attorney General for the District of Columbia filed a Nolle Prosequi for the incident that lead to your arrest. This means that your arrest charge has been dismissed without prejudice.

**Post and Forfeit**
The Metropolitan Police Department (MPD) or the Office of the Attorney General for the District of Columbia has resolved the incident that leads to your arrest using the Post and Forfeit procedure.

The Post and Forfeit procedure allows a person charged with certain offenses to post and forfeit an amount as collateral (which otherwise would serve as security upon release to ensure the arrestee's appearance at trial) and thereby obtain a full and final resolution of the offense. The agreement to resolve the offense using the Post and Forfeit procedure is final.

IN THE **SUPERIOR** *(Name of Court)* COURT OF **DISTRICT OF COLUMBIA** *(Name of County)*, **WASHINGTON, DC** *(Name of State)*

**United States of America**
*(Name of Plaintiff)*

PLAINTIFF

V.

CAUSE NO. **663926, 2014 CMD 009310**

**Clarence A Branch**
*(Name of Defendant)*

**663926, 2014 CMD 009311**
DEFENDANT

## Motion to Dismiss **(ACQUITTAL)**

Comes now **Clarence A Branch** *(Name of Defendant)*, Defendant in the above-captioned cause, and respectfully moves that this Court dismiss the above-entitled action with prejudice for the reason that the Complaint shows on its face that the cause of action set forth is barred by the statute of limitations since it was not commenced within _____ *(number of years)* years after its accrual, as required by **EIGHTEEN MONTH (TERM)** *(citation of state or federal statute)*.

Witness my signature this the _____ *(date)*.

Respectfully submitted,

**Clarence A Branch III**
*(Name of Defendant)*

By: **IN personam**
*(Name of Defendant's Attorney)*
State Bar No. _____
One of His Attorneys

OF COUNSEL:
**Steven Chisholm**
*(Name of Defendant's Attorney)*
Post Office Box **125 Franklin Farms Cir**
City, State, Zip Code **Fayetteville, GA 30214-3361**
Telephone: _____

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

Arrest Book No. __0212509?__
PDID NO. or DOB __6/30/63__
Officer/Badge/Unit __Reese,_____

## CITATION TO APPEAR IN COURT

To: __Clarence A Bratch III__
(Name of Arrestee: First, Middle, Last)

You have been arrested and charged with the following criminal offense:
__Simple Assault__
(List arrest charge(s) and applicable CC)

You are being released from police custody upon your promise that you will appear, as further specified below, in the Superior Court of the District of Columbia (500 Indiana Avenue, N.W.) on __Aug 8, 12__ to answer these charges:

☐ You are to report to Courtroom 115 at ____ a.m. (Traffic and D.C. – Office of the Attorney General cases).

☒ You are to report to Courtroom C-10 at __9:00__ a.m. (U.S. Attorney's cases).

☐ You are to report to Courtroom 115 at ____ a.m. and you are to report to C10 at 9:00 a.m. (Traffic, DC and USAO cases).

**\*\* Additional important information appears on the back of this form. \*\***

I acknowledge receipt of this Citation to appear and promise to appear in court as directed. I understand that if I fail to appear a warrant will be issued for my arrest and that if I am charged and convicted of failing to appear, I could be fined and imprisoned for up to 180 days.

_____     _____
Signature of arrested person                           Date

Issued by: Acting Clerk, Superior Court of the District of Columbia

_____
Signature / Badge No. & Unit

**INSTRUCTIONS TO STATION CLERKS:**
In the PDID No. or DOB block, enter the PDID if known; if not, please enter the DOB.
The signature of the arrestee on this form must be made in your presence.
Check Courtroom 115 block for offenses prosecuted by the Office of the Attorney General. Check the Courtroom C-10 block for offenses prosecuted by the U.S. Attorney. Check the block for both Courtrooms when there are offenses for both prosecutors' offices.

**INSTRUCTIONS TO THE PAPERING OFFICE AND PROSECUTOR:**
The original (white copy) of the Citation must accompany the charging papers or no paper slip when it is filed with the clerk. It will become part of the court file.
In cases where there are charges prosecuted by both the Office of the Attorney General and the U.S. Attorney, a photocopy of the Citation for each prosecutors' files should be made. In these situations, the yellow copy should be filed with the clerk of the court to be placed in the original copy will be filed with the clerk in the case.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA      Case No.: __2012 CMD 013464__
                                          PDID #: __663926__

v.

__CLARENCE A BRANCH__
Defendant

## ORDER FOR FULL COMPETENCY EXAMINATION

The Court having received a report from the preliminary screening examination of the defendant, any arguments by the parties, and any other information available to the Court, the Court finds further examination is necessary for defendant to proceed with this matter.

**WHEREFORE**, it is hereby, this __29th__ day of __May, 2014__,

**ORDERED** that the defendant shall submit to a full competence examination by a psychiatrist or psychologist affiliated with the Department of Mental Health, pursuant to D.C. Code §24-531.03(c)(4)(B); and it is,

**FURTHER ORDERED** that a full competence examination shall be conducted
☐ on __an outpatient basis__ at the Courthouse Cellblock.
☐ in room __C-255B__ at the Courthouse.      **OR**
☒ at __Saint Elizabeths Hospital__. The Court, having found that the defendant's placement in an inpatient treatment facility is necessary in order to conduct an adequate examination, or that the defendant is unlikely to comply with an order for an outpatient examination, this examination shall be conducted on __an inpatient basis__, and the defendant is committed to Saint Elizabeths Hospital for the purpose of such examination; and it is

**FURTHER ORDERED** that this matter is set for a status hearing on report from the Department of Mental Health concerning the defendant's competence on __06/30/2014__. (If inpatient examination, or if defendant is detained, 30 days, plus a possible 15 day extension, if good cause shown; if outpatient examination, 45 days).

                                                          _/s/_
                                                    Judge A FRANKLIN BURGESS JR

cc: AUSA (AAG)                              Defendant:
Defense Counsel:                         Address: __1041 WISCONSIN AVE NW__
Name: __Mr FREDERICK D IVERSON__         __WASHINGTON, DC 20007__
          LAW OFFICE OF FREDERICK D
Address: __IVERSON 4423 LEHIGH ROAD__    Phone: _____
          College Park, MD 20740
Phone: __(202)-857-9791__